# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bennett,<br><br>        Plaintiff,<br><br>v.<br><br>Fox Aviation LLC, et al.,<br><br>        Defendants. | No. CV-22-00212-PHX-SMB<br><br>**ORDER** |

**NOTICE TO PARTIES**

This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9. Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required[1], will be stricken and not considered.

Dated this 9th day of February, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge

---

[1] All motions exceeding 10 pages in length, including exhibits and attachments.